# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.K., a Minor, by and through John Knowles and Joanne Knowles her Parents, John Knowles and Joanne Knowles, individually; A.S., a Minor, by and through Lisa Stanko and Scott Stanko her Parents, Lisa Stanko and Scott Stanko, individually, <br><br> Plaintiffs, <br><br> v. <br><br> Gerald Weeks, George Kelly, Robert J. Reed, Cumberland Valley School District, and John Does, I, II, III, IV, VI, VII, VIII, IX and X, <br><br> Defendants. | Civil Action: 1:04-CV-02290-WWC <br><br> Judge: William W. Caldwell <br><br> Jury Trial Demanded |

## ORDER

**AND NOW**, this 7th day of June, 2005, upon consideration of Defendant, Cumberland Valley School District's Motion to Vacate the April 21, 2005 Default Judgment Order entered against Defendant, Robert J. Reed, (Doc. 26), **it is ORDERED** that said Motion is **GRANTED** and the Default Judgment entered on April 21, 2005 is hereby vacated.

                                                      BY THE COURT:

                                                /s/WilliamW. Caldwell
                                                                         J.